UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Gladys Quijano, | : |
| | : |
| | : Civil Action No.: 3:09-cv-2081 (JBA) |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Portfolio Recovery Assoc., Inc., | : |
| | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Plaintiff, Gladys Quijano, by her attorney, hereby withdraws her complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 16, 2010

                                        Respectfully submitted,

                                        By:  /s/ Sergei Lemberg
                                            Sergei Lemberg, Esq.
                                            Lemberg & Associates, L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (877) 795-3666

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system.

                                        By:  /s/ Sergei Lemberg
                                                Sergei Lemberg